**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KAREN SLINSKI, as Personal Representative of
the Estate of Richard Slinski,

       Plaintiff,

                                         07-CV-10270-DT

v.

CSX TRANSPORTATION , INC.,

       Defendant.

_____/

**ORDER DENYING DEFENDANT'S
MOTION FOR MORE DEFINITE STATEMENT**

       Pending before the court is Defendant's "Motion for More Definite Statement" filed

on March 20, 2007.  The Local Rule requires the movant in any motion to seek

concurrence in motions and, if concurrence is not obtained, to report that a conference

between attorneys was held but concurrence was not obtained, or that despite reasonable

efforts the movant was unable to conduct such a conference.  E.D. Mich. LR 7.1(a).  The

motion makes no mention of specific efforts to seek concurrence.

       Accordingly, IT IS ORDERED that the above motion filed on March 20, 2007 is

**DENIED**.

                         S/Robert H. Cleland
                        ROBERT H. CLELAND
                        UNITED STATES DISTRICT JUDGE

Dated:  March 30, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on
this date, March 30, 2007, by electronic and/or ordinary mail.

                         S/Lisa Wagner
                        Case Manager and Deputy Clerk
                        (313) 234-5522

S:\Cleland\JUDGE'S DESK\Lisa's Folder\0710270 order.wpd